Northern District Of Ohio<br>
United States Bankruptcy Court<br>
Howard M. Metzenbaum U.S. Courthouse<br>
201 Superior Avenue<br>
Cleveland, OH 44114–1235<br>
**Case No. 24–11397–jps**

**In re: (Name of Debtor)**
  Myla J Moss
  14215 Southington Rd
  Cleveland, OH 44120

**Social Security No.:**
  xxx–xx–5717

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court<br>
Howard M. Metzenbaum U.S. Courthouse<br>
201 Superior Avenue<br>
Cleveland, OH 44114–1235

Last date to file claims: **September 26, 2024**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self–addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** June 19, 2024                                                                                                                     For the Court
Form ohnb177                                                                                                                         Josiah C. Sell, Clerk